AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 06/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

P.O. Box 847
Harrisburg, PA 17108-0847

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | Member of the Board of Counselors | Penn State University Dickinson School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | The Pennsylvania State University - teaching at law school | $24,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association (NYILPA) | March 31,2017 | New York City, NY | Annual dinner honoring the Federal Judiciary | Mileage, lodging and dinner |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Part VII. Line 5) | J |
| 2. | Riverview Bank | Line of Credit secured by personal real estate, Harrisburg, PA | L |
| 3. | PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA | K |
| 4. | PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA | M |
| 5. | PenFed Credit Union (X) | Line of credit secured by personal real estate, Scranton, PA | K |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First National Bank cash accounts (formerly referred to as FNB) | A | Interest | J | T | | | | | |
| 2. | RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 3. | - DowDuPont Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 4. | FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 5. | - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | | | Distributed | 05/01/17 | J | D | |
| 6. | FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 7. | - FA 529 Diversified International Portfolio Class A | | None | | | Distributed (part) | 10/16/17 | J | B | |
| 8. | | | | | | Distributed | 12/14/17 | J | C | |
| 9. | - FA 529 Stock Selector Mid Cap Portfolio Class A | | None | K | T | | | | | |
| 10. | - FA 529 Small Cap Portfolio Class A | | None | | | Distributed | 12/14/17 | J | D | |
| 11. | - FA 529 Dividend Growth Portfolio Class A | | None | J | T | Distributed (part) | 04/17/17 | K | D | |
| 12. | - FA 529 Limited Term Bond Portfolio Cl A (formerly Intermediate Bond) | | None | J | T | | | | | |
| 13. | TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 14. | - Schwab One money market account | A | Interest | L | T | | | | | |
| 15. | - Pimco Income Fund Class D | B | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 16. | | | | | | Buy (add'l) | 08/23/17 | K | | |
| 17. | - T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 03/09/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 08/23/17 | J | C | |
| 19. - BBH Core Select Fund Class N | C | Dividend | K | T | Sold (part) | 08/11/17 | J | C | |
| 20. | | | | | Sold (part) | 08/23/17 | J | B | |
| 21. - Vanguard Dividend Growth Fund Investor shares | A | Dividend | J | T | Sold (part) | 03/09/17 | J | B | |
| 22. - Vanguard Selected Value Fund | B | Dividend | J | T | Sold (part) | 03/09/17 | J | B | |
| 23. - Schwab Health Care Fund | | None | | | Sold | 01/23/17 | J | | |
| 24. - iShares ETF Short Maturity Bond | A | Dividend | | | Sold | 07/19/17 | J | | |
| 25. - Glenmede Large Cap Growth Fund | A | Dividend | J | T | Sold (part) | 03/09/17 | J | A | |
| 26. | | | | | Sold (part) | 08/23/17 | J | B | |
| 27. | | | | | Sold (part) | 11/20/17 | J | A | |
| 28. - Berkshire Hathaway Class B common stock | | None | K | T | Sold (part) | 08/11/17 | J | B | |
| 29. | | | | | Sold (part) | 08/23/17 | J | B | |
| 30. - Sector SPDR Fund Consumer Discretionary Select ETF | A | Dividend | | | Sold (part) | 08/23/17 | J | B | |
| 31. | | | | | Sold | 11/20/17 | J | B | |
| 32. - Select STR Financial Select SPDR ETF | A | Dividend | J | T | | | | | |
| 33. - Powershares QQQ Trust 1 ETF IV | A | Dividend | J | T | Sold (part) | 08/23/17 | J | A | |
| 34. | | | | | Sold (part) | 11/20/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Schwab Fundamental International Large Company Index Fund | A | Dividend | K | T | Buy | 01/09/17 | K | | |
| 36. - iShares US Healthcare ETF | A | Dividend | J | T | Buy | 01/23/17 | J | | |
| 37. - Xtrackers MSCI All World Ex US Hedged Equity ETF | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 38. - iShares JPMorgan ESD Emerging Markets Bond ETF | A | Dividend | | | Buy | 04/21/17 | K | | |
| 39. | | | | | Sold (part) | 08/11/17 | J | A | |
| 40. | | | | | Sold | 08/23/17 | J | A | |
| 41. - iShares MSCI Eurozone ETF | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 42. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 43. - SPDR Gold Shares | | None | K | T | Buy | 08/23/17 | K | | |
| 44. - iShares China Large Cap ETF | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 45. - iShares TIPS Bond ETF | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 46. CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 47. - Charles Schwab money market account | | None | | | Closed | 06/01/17 | J | | |
| 48. - Charles Schwab Bank Sweep insured deposit account | A | Interest | K | T | | | | | |
| 49. - PPL Corporation common stock | A | Dividend | | | Sold | 05/02/17 | K | D | |
| 50. - Financial Select Sector SPDR ETF | A | Dividend | | | Sold | 05/02/17 | K | C | |
| 51. - iShares TIPS Bond ETF | A | Dividend | | | Sold | 05/02/17 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Blue Chip Growth Fund | | None | | | Sold (part) | 03/09/17 | J | C | |
| 53. | | | | | Sold | 05/02/17 | K | D | |
| 54. - Vanguard Short Term Corporate Bond Index ETF | A | Dividend | | | Sold | 05/02/17 | K | A | |
| 55. - Vanguard Dividend Growth Fund Investor Shares | A | Dividend | | | Sold (part) | 03/09/17 | J | B | |
| 56. | | | | | Sold | 05/02/17 | K | D | |
| 57. - Vanguard Selected Value Fund | | None | | | Sold (part) | 03/09/17 | J | B | |
| 58. | | | | | Sold | 05/02/17 | K | D | |
| 59. - Schwab Health Care Fund | | None | | | Sold | 01/04/17 | K | | |
| 60. - iShares ETF Short Maturity Bond: Near | A | Dividend | | | Sold | 05/02/17 | K | | |
| 61. - Consumer Discretionary Select Sector SPDR ETF | A | Dividend | | | Sold | 05/02/17 | K | C | |
| 62. - Technology Select Sector SPDR ETF | A | Dividend | | | Sold | 05/02/17 | K | C | |
| 63. - Glenmede Large Cap Growth Fund | A | Dividend | | | Sold | 05/02/17 | K | C | |
| 64. - Powershares QQQ Trust Series 1 | A | Dividend | | | Sold | 05/02/17 | K | D | |
| 65. - Guggenheim S&P 500 Equal Weight HC ETF | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 66. - Berkshire Hathaway Class B common stock | | None | | | Sold | 05/02/17 | K | D | |
| 67. - iShares U.S. Medical Devices ETF | A | Dividend | | | Sold | 05/02/17 | J | C | |
| 68. - iShares U.S. Aerospace Defense ETF | A | Dividend | | | Sold | 05/02/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - iShares US Preferred Stock ETF | A | Dividend | | | Sold | 05/02/17 | K | A | |
| 70. - Schwab US Tips ETF | | None | | | Sold | 04/21/17 | K | | |
| 71. - Real Estate Select Sector SPDR ETF | | None | | | Sold | 03/09/17 | J | | |
| 72. - Schwab Fundamental International Large Company Index Fund | | None | | | Buy | 01/09/17 | K | | |
| 73. | | | | | Sold | 05/02/17 | K | B | |
| 74. - iShares US Healthcare ETF | A | Dividend | | | Buy | 01/23/17 | K | | |
| 75. | | | | | Sold | 05/02/17 | K | B | |
| 76. - Xtrackers MSCI All World Ex US Hedged Equity ETF | | None | | | Buy | 04/21/17 | J | | |
| 77. | | | | | Sold | 05/02/17 | J | A | |
| 78. - iShares JPMorgan ESD Emerging Markets Bond ETF | A | Dividend | | | Buy | 04/21/17 | K | | |
| 79. | | | | | Sold | 05/02/17 | K | A | |
| 80. - iShares MSCI Eurozone ETF | | None | | | Buy | 04/21/17 | J | | |
| 81. | | | | | Sold | 05/02/17 | J | A | |
| 82. - Schwab Value Advantage Money Fund | C | Dividend | N | T | Open | 05/10/17 | O | | |
| 83. | | | | | Sold (part) | 12/29/17 | M | | |
| 84. FIDELITY IRA ACCOUNT #2 (H) | | | | | | | | | |
| 85. - Fidelity Extended Market Index Investor Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity Select Biotechnology Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 06/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Lines 3, 4 and 5;  These items are now reportable due to marriage in 2017

Part VII, Line 48;  Name has changed from Charles Schwab Bank insured deposit account to Charles Schwab Bank Sweep insured deposit account

Part VII, Lines 85 and 86;  These accounts are now reportable due to marriage in 2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Christopher C. Conner

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544